UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| MARK ROWLAND, GARY ROWLAND, and DINAH ROWLAND ) ) ) | Case No. 3:23-cv-168 |
| *Plaintiffs*, ) ) | Judge Travis R. McDonough |
| v. ) ) | Magistrate Judge Jill E. McCook |
| BILLY RICHARDSON, UNITED STATES OF AMERICA, FLORA RICHARDSON, AND J. MICHAEL GARNER, TRUSTEE ) ) ) ) ) ) | |
| *Defendants*. ) | |

## DEFAULT JUDGMENT ORDER

Before the Court is Plaintiffs' motion for entry of final judgment against Defendants Billy Richardson, Flora Richardson, and the United States of America (Doc. 14). Plaintiffs filed this motion after the Clerk entered default against the non-appearing Defendants, Billy Richardson and Flora Richardson. (Doc. 13.) Since the Clerk's entry of Default, Billy Richardson and Flora Richardson have still not appeared. Plaintiffs have dismissed Defendant J. Michael Garner from this action. (Doc. 9.)

Plaintiffs seek a judgment that quiets title to the real property at issue in this case—addressed 4936 Pea Ridge Road, Maryville, Tennessee 37804, and shown in the records of the Blount County Assessor as Parcel No. 030 057.03[1]—and do not seek monetary relief. (Doc. 1-1,

---

[1] The property is further described as:

> SITUATED in the 13th Civil District of Blount County, Tennessee, and being all of LOT 2, RICHARDSON PROPERTY, as shown on map of record in Map File 1759B, in the Register's Office for Blount County, Tennessee, and all of LOT 1R

at 2–3.) Although the government may claim some interest in the property by virtue of a notice of a federal tax lien, it does not oppose this motion. (Doc. 15.)

Based upon Plaintiffs' verified complaint, the government's response to the motion, and the record, the Court **GRANTS** Plaintiffs' motion for entry of final judgment (Doc. 14.) Plaintiffs are entitled to entry of a judgment that: (1) quiets title to the property; (2) vests one-hundred percent fee-simple-absolute interest in title to the property in Plaintiffs, as tenants-in-common; and (3) divests Defendants of all right, title, and interest they may have ever held in the property.

It is **ORDERED AND ADJUDGED** judgment is hereby entered in favor of Plaintiffs and against Defendants Billy Richardson, Flora Richardson, and the USA, and the Court hereby: (1) quiets title to the property in Plaintiffs' favor and against said Defendants; (2) orders that Plaintiffs shall hold title to the property, in fee simple absolute, as tenants in common and; (3) divests said Defendants of any right, title, and/or interest that any of Defendants may claim in the property and vests any and all such interests in Plaintiffs, as tenants in common.

---

and 3, Replat of Lot 1 into Lots 1R & 3, RICHARDSON PROPERTY, as shown on map of record in Map File 1774B, in the Register's Office for Blount County, Tennessee, to which maps specific references are hereby made for a more particular descriptions thereof.

BEING the same property conveyed to Gary Rowland, Dinah Rowland and Mark Rowland, by Clerk & Master's Deeds, all dated March 31, 2011 and recorded in Record Book 2304, Page 1073; Record Book 2304, Page 1076; and Record Book 2304, Page 1079, all in the Register's Office for Blount County, Tennessee.

(Doc. 1-1, at 2–3.)

The Court expressly makes no monetary award of any kind in favor of or against any party to this action. This judgment resolving all matter at issue in this cause shall be and is the final judgment of the Court. The Clerk is **DIRECTED** to close the case.

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
   s/ LeAnna R. Wilson
  CLERK OF COURT